UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ROBERT L. MONTGOMERY**                                                      **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 3:08-CV-437-H**

**COMMONWEALTH OF KENTUCKY**                          **DEFENDANT**

**MEMORANDUM OPINION**

On March 4, 2009, this Court ordered Plaintiff to amend his complaint within 30 days. Plaintiff was warned that failure to comply would result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to amend his complaint. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:      Plaintiff, *pro se*
4412.009